**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § § | |
| Plaintiff, | § § | |
| vs. | § | Case No: 2:16-cv-00934 |
| FANDANGO MEDIA, LLC | § § § | |
| Defendant. | § § § | |

## MOTION TO DISMISS FANDANGO MEDIA, LLC WITHOUT PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(i).  Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.  Further, no counsel for Defendant has made an appearance in this case.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims without prejudice.

Dated: September 1, 2016                             Respectfully submitted,

                                                      */s/ Jay Johnson*
                                                     **JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON PLLC**
1910 Pacific Ave., Suite 13000
Dallas, TX 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on September 1, 2016.

                                                      */s/ Jay Johnson*
                                                      Jay Johnson