IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | |
| vs. | § | Case No: 2:16-cv-934 |
| FANDANGO MEDIA, LLC | § § § | |
| Defendant. | § § § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On this date, the Court considered Plaintiff Rothschild Broadcast Distribution Systems, LLC's motion to dismiss without prejudice Defendant Fandango Media, LLC pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(i).

Therefore, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this 6th day of September, 2016.

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE